UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LEON POWELL,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 1:19-cv-627

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants Unknown Baker, Jack Bellinger, Unknown Briske, Unknown Doane, and Nicholas Radamaker filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 26, 2021, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 17) is GRANTED.

    **IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might

raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

Dated:  May 25, 2021 　　　　　　　　　　　　　　　　  /s/  Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　　 Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge